UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FRED REEVES,                                                  Case No. 2:05-cv-169

       Plaintiff,                                          Hon. Richard Alan Enslen

v.

SANDRA MONROE, *et al.*,
                                           **ORDER AND PARTIAL**
       Defendants.         /                         **JUDGMENT**

       In accordance with an Opinion filed on this date;

       **IT IS HEREBY ORDERED** that Plaintiff Fred Reeves' Objections (Dkt. No. 148) are **GRANTED IN PART** and **DENIED IN PART** and the Report and Recommendation (Dkt. No. 141) is **ADOPTED IN PART** and **AMENDED IN PART**.

       **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Dkt. No. 72) is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** in that Defendant Bauman is **DISMISSED WITH PREJUDICE** for failure of Plaintiff to state a claim upon which relief can be granted, and Defendant Dahlstrom is **DISMISSED WITHOUT PREJUDICE** for failure of Plaintiff to exhaust administrative remedies. In all other respects, Defendants' Motion to Dismiss is **DENIED**.

       **IT IS FURTHER ORDERED** that Defendants' Motions to Revoke Pauper Status (Dkt. No. 82 & 100) are **DENIED**.

       **IT IS FURTHER ORDERED** that Plaintiff Fred Reeves' Second Motion to Amend (Dkt. No. 110) is **DENIED**.

Dated in Kalamazoo, MI:                        /s/Richard Alan Enslen
September 19, 2006                           Richard Alan Enslen
                                                     Senior United States District Judge