UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FRED J. REEVES,

        Plaintiff,                        Case No. 2:05-cv-169

v.                                               Hon. Richard Alan Enslen

SANDRA MONROE, *et al.*,

        Defendants.
_____/

## ORDER ADOPTING AND MODIFYING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court also notes a clerical error in the Report and Recommendation. The second to last sentence on page three of the Report shall be modified to reflect Plaintiff's motion for both preliminary injunction and temporary restraining order is denied by the Report and Recommendation.[1] (Report at 3.)

**THEREFORE, IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 12, 2007, is **ADOPTED** and **MODIFIED** as stated above.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Temporary Restraining Order, Preliminary Injunction, and Federal Protection (Dkt. No. 181) is **DENIED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                           /s/Richard Alan Enslen
    May 21, 2007                                  Richard Alan Enslen
                                                  Senior United States District Judge

---

[1] The sentence states, "Because plaintiff has failed to meet the heavy burden establishing the need for injunction relief, I recommend that plaintiff's motion for a temporary restraining order (Docket # 181) be denied," and shall be modified to state "...plaintiff's motion for preliminary injunction and a temporary restraining order (Docket # 181) be denied."