UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FRED REEVES,                                                    Case No. 2:05-CV-169

        Plaintiff,                                      Hon. Richard Alan Enslen

v.

SANDRA MONROE, *et al.*,

**ORDER**

        Defendants.      /

        This matter is before the Court on Plaintiff Fred Reeves' Objection to United States Magistrate Judge Timothy P. Greeley's Order of July 6, 2007 which denied Plaintiff's request for the appointment of counsel. This Court reviews the Order for clear error in accordance with 28 U.S.C. § 636(b)(1)(A).

        Plaintiff argues that Judge Greeley erred in finding the appointment of counsel was unnecessary. However, the Court can find no clear error in the Order. Judge Greeley accurately stated that there is no constitutional right to a court-appointed attorney in civil cases. *Abdur-Rahman v. Mich. Dep't of Corr.*, 65 F.3d 489, 492 (6th Cir. 1995). Further, the appointment of counsel for indigent parties in a civil case is only justified in exceptional circumstances. *See Lavado v. Keohane*, 992 F.2d 601, 604-05 (6th Cir. 1993). After review, the Court finds no exceptional circumstance which would justify the appointment of counsel in this action. Consequently, the Court finds no clear error in the denial of the request. Accordingly,

        **IT IS HEREBY ORDERED** that Plaintiff Fred Reeves' Objection to the Order (Dkt. No. 261) is **DENIED** and the Order (Dkt. No. 234) is **AFFIRMED**.

                                                     /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:            RICHARD ALAN ENSLEN
    August 20, 2007                   SENIOR UNITED STATES DISTRICT JUDGE